UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

JOHN SUTTON,

    *Plaintiff*,

v.

DOUGLAS W. FERGUSON, et al.,

    *Defendants*.

Civil Action No. 17-118Erie

ORDER

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS** as follows:

(1) The Court **ADOPTS** the Report and Recommendation [Doc. No.4].

(2) This case is **DISMISSED** for Plaintiff's failure to prosecute.

(3) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 12th day of July, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE